IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANGEL RAMIREZ, et al., ) | NO. 1:12-CV-00453 AWI SKO |
| ) | |
| Plaintiffs, ) | ORDER ON STIPULATION TO FILE |
| ) | FIRST AMENDED COMPLAINT |
| v. ) | |
| ) | [Document # *7 and 11*] |
| KERN VALLEY STATE PRISON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On March 23, 2012, Plaintiffs filed a complaint alleging Defendants' negligence, recklessness and flagrant failure to protect inmate Angel Ramirez was in violation of the U.S. Constitution and the mandates by the State of California and the Courts to protect the health and safety of prison inmates.

On June 13, 2012 and June 29, 2012, Defendants filed motions to dismiss.

On July 26, 2012, the parties filed a stipulation to allow Plaintiffs to file an amended Complaint.  In light of the stipulation, Defendants' motions to dismiss are now MOOT.

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

1.   Plaintiffs may file an amended Complaint within thirty (30) days of this Order's date of service; and

//

//

2.   Defendants' motions to dismiss are DENIED as moot.

IT IS SO ORDERED.

Dated:   July 31, 2012

CHIEF UNITED STATES DISTRICT JUDGE