UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANGEL RAMIREZ et al<br><br>Plaintiffs,<br><br>vs.<br><br>KERN VALLEY STATE PRISON et al<br><br>Defendants. | CASE NO. 12-CV-0453 AWI SKO<br><br>**ORDER GRANTING STIPULATED REQUEST THAT PLAINTIFF BE GRANTED LEAVE TO FILE A SECOND AMENDED COMPLAINT AND THAT THE SCHEDULING ORDER BE MODIFIED**<br><br>(Docs. 25, 29, 30) |

On December 26, 2012, Plaintiffs filed a motion to amend the complaint so that additional parties, whose identities first became known to Plaintiffs during discovery, could be substituted for certain Doe Defendants. (Doc. 25.) The Court ordered Plaintiffs to file a proposed Second Amended Complaint ("SAC") in

support of the motion and ordered the parties to meet and confer to determine whether Defendants would stipulate to the amendment.  (Doc. 26.)

On January 23, 2013, Plaintiffs filed a proposed SAC,[1] and on January 31, 2013, the parties filed a stipulation that Plaintiffs be granted leave to file the proposed SAC and that the Scheduling Order be modified to extend the non-expert discovery deadline to April 1, 2013, to provide additional time for discovery in light of the amendment to the complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request that Plaintiffs be granted leave to file a Second Amended Complaint is GRANTED;

2. The proposed Second Amended Complaint filed on the docket on January 23, 2013(Doc. 28), is DEEMED filed as of the date of this order;

3. Plaintiffs' December 26, 2012, motion to amend (Doc. 25) is DENIED AS MOOT;

4. The parties' non-expert discovery deadline is extended until April 1, 2013; and

///

---

[1] The proposed SAC is filed on the docket as a "Second Amended Complaint." However, it should have been filed as a "proposed" SAC as the Court had not approved the filing of an amended complaint and Defendants had not stipulated to its filing.

-2-

**1**     5. All other scheduling deadlines remain unchanged.

**3** IT IS SO ORDERED.

**4**     Dated:     **January 31, 2013**                    **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE