1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  VICKIE P. WHITNEY, State Bar No. 145316
   Supervising Deputy Attorney General
3  TIMOTHY H. DELGADO, State Bar No. 275580
   Deputy Attorney General
4  1300 I Street, Suite 125
   P.O. Box 944255
5  Sacramento, CA 94244-2550
   Telephone: (916) 322-6372
6  Fax: (916) 324-5205
   E-mail: Timothy.Delgado@doj.ca.gov
7  *Attorneys for Defendants Kern Valley State Prison,
   State of California, and K. Harrington*

FILED
JUL 11 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ESTATE OF ANGEL RAMIREZ, et al., | Case No. 1:12-cv-0453-AWI-SKO |
|---|---|
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| KERN VALLEY STATE PRISON, et al., | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| Defendants. | |

Plaintiffs Rosa Ramirez, Vanessa Ramirez, and the Estate of Angel Ramirez, and Defendants Kern Valley State Prison, the State of California, and K. Harrington, through their counsel, stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

1

1  Each party shall bear its own litigation costs and attorney's fees.

2  It is so stipulated.

3

4  Dated: July 8, 2013                              /s/ Ralph M. Rios
                                                    Ralph M. Rios, Esq.
5                                                   Rios & Associates
                                                    *Attorney for Plaintiffs Rosa Ramirez, Vanessa*
6                                                   *Ramirez, and the Estate of Angel Ramirez*

7

8

9
   Dated: July 8, 2013                              /s/ Timothy H. Delgado
10                                                  Timothy H. Delgado
                                                    Deputy Attorney General
11                                                  California Attorney General's Office
                                                    *Attorney for Defendants Kern Valley State Prison,*
12                                                  *State of California, and K. Harrington*

13
   SA2012305416
14 31706401.doc

15

16                                  It is so Ordered. Dated: 7-10-13

17                                  _____
18                                  United States District Judge

19

20

21

22

23

24

25

26

27

28

                                             2