KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
TIMOTHY H. DELGADO, State Bar No. 275580
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-6372
 Fax: (916) 324-5205
 E-mail: Timothy.Delgado@doj.ca.gov
*Attorneys for Defendants Kern Valley State Prison, State of California, and K. Harrington*

FILED
JUL 11 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF ANGEL RAMIREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KERN VALLEY STATE PRISON, et al., <br><br> Defendants. | Case No. 1:12-cv-0453-AWI-SKO <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Plaintiffs Rosa Ramirez, Vanessa Ramirez, and the Estate of Angel Ramirez, and Defendants Kern Valley State Prison, the State of California, and K. Harrington, through their counsel, stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

1

1  Each party shall bear its own litigation costs and attorney's fees.

2  It is so stipulated.

3

4  Dated: July 8, 2013                     /s/ Ralph M. Rios
                                            Ralph M. Rios, Esq.
5                                           Rios & Associates
                                            *Attorney for Plaintiffs Rosa Ramirez, Vanessa*
6                                           *Ramirez, and the Estate of Angel Ramirez*

7

8

9
    Dated: July 8, 2013                     /s/ Timothy H. Delgado
10                                          Timothy H. Delgado
                                            Deputy Attorney General
11                                          California Attorney General's Office
                                            *Attorney for Defendants Kern Valley State Prison,*
12                                          *State of California, and K. Harrington*

13
    SA2012305416
14  31706401.doc

15

16                                          It is so Ordered. Dated: 7-10-13

17
                                            _____
18                                          United States District Judge

19

20

21

22

23

24

25

26

27

28

2